```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KBZ COMMUNICATIONS, INC.    :    CIVIL ACTION
                            :
       v.                   :
                            :
CBE TECHNOLOGIES, LLC, et al. :  NO. 13-2011

## ORDER

AND NOW, this 31st day of January, 2014, upon consideration of the Motion to Dismiss filed by CBE Technologies, LLC (Docket No. 18), the plaintiff's response (Doc. No. 29), and the reply (Doc. No. 32), for the reasons set forth in the Court's memorandum opinion, IT IS HEREBY ORDERED that the motion is GRANTED, and the plaintiff's claims for fraud (Count III) and negligent misrepresentation (Count V) are DISMISSED with prejudice.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.